TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME : TF Puerto Rico Corp.        CASE NUMBER : 10-09771

                                        CHAPTER : 11

                                        JUDGE : SEK

DATE OF MEETING: Nov. 18, 2010          TIME OF MEETING: 11:30 am.

TRACK NUMBER : 004

METER READING
  START : 0:00 (hr:min)    (hr:min)    (hr:min)    (hr:min)
  END   : 1:25 (hr:min)    (hr:min)    (hr:min)    (hr:min)

1) **DEBTOR:**
   (X) PRESENT Jose Gabriel Cordero Jimenez
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   (X) PRESENT Francisco Moya Huff
   ( ) NOT PRESENT

3) **CREDITORS:**
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) **TRUSTEE:**
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: _____
   (X) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED Sch B, #30 w/i 30 Days

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    ( ) HAVE BEEN FILED
    (X) HAVE NOT BEEN FILED 2010/2009 w/i 30 Days

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) **RENT ROLL:**   N/A
    ( ) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) **PROOF OF INSURANCE:**
    ( ) HAS BEEN FILED
    (X) HAS NOT BEEN FILED National Ins. w/i 30 Days

15) **MEETING:**
    (X) CLOSED
    ( ) CONTINUED TO:
        DATE: _____
        TIME: _____

16. COMMENTS:

The meeting of creditors was held on November 18, 2010, and it was closed.

The debtor promised to deliver to the United States Trustee the document(s) listed as missing in the first page of these minutes within the time period(s) therein indicated. The debtor stated at the meeting of creditors that it would be submitting, correcting, and/or amending the Schedules ("Sch.") and/or Statement of Financial Affairs ("SOFA") by or before December 18, 2010, as follows:

a. Sch. B, # 16: attach list/detail/aging of all accounts receivable;

b. Sch. B, # 28: attach list/detail of office equipment;

c. Sch. B, # 29: attach list/detail of machinery and equipment;

d. Sch. B, # 30: attach list/detail of inventory;

e. Sch. D: obtain recent report of lien search at the Department of State of Puerto Rico and the Clerk's Office of the U.S. District Court and update Sch. D, if necessary, to include any newly discovered liens on the personal property of the debtor;

f. Sch. G: include lease of premises from which the debtor operates;

g. Sch. H: delete creditor Israel Otero

h. SOFA # 1: include gross sales amount for fiscal year 2010 and the start of fiscal year 2011 to date of filing; and

i. SOFA # 3(b): attach list of payments.

**(Filed Electronically)**

s/ *Edward A. Godoy*  
Edward A. Godoy  
Presiding Officer / Trial Attorney  
USDC-PR No. 202612  
OFFICE OF THE UNITED STATES TRUSTEE  
Edificio Ochoa, 500 Tanca Street, Suite 301  
San Juan, Puerto Rico 00901-1922  
Tel.: (787) 729-7444 / Fax: (787) 729-7449  
USDC-PR No. 202612

November 18, 2010  
Date

- 3 -

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Rosendo Miranda Esq. | Caribbean Computing Inc | PO Box 192096, San Juan 00919 | 724-33... | |
| Carmen Insulta-Figueroa | CRIM | PO Box 195387, San Juan PR 00919-5387 | tel 787-625-2146 x204 | fax 787-625-4073 |
| Migdelie Krump | BPPR | | 787-764-3983 | |
| Adalberto Camacho | Renovues de PR | PO Box 51930, Toa Baja PR 00950 | 787-787-0033 | f. 786-257... |
| PAMELA A. PUTNAM | IRS | 48 Carr 165 Ste. 2000, Guaynabo, PR. 00968 | 787-522-18117 | /1736 (fax) |